UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS MERCEDES                                             :

               Plaintiff,                       :     <u>ORDER</u>

   -v.-                                                                    :
                                                                              23 Civ. 8271 (AS) (GWG)
TN AUBURN, LLC,                                         :

               Defendant.                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Because both clients have sought to attend this conference by telephone, the Court will have the attorneys appear by telephone as well.  Thus, the settlement conference will not take place at the Courthouse but proceed as a telephonic settlement conference. The Court's Deputy Clerk will provide to the parties dial-in information for a telephone conference separately by email. Please remember that any party dialing in to the conference must be in a quiet location, must not be outdoors or in a vehicle, and must not use a speakerphone.

      SO ORDERED.

Dated: January 26, 2024
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge