UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff(s),<br><br>    -against-<br><br>TN AUBURN, LLC,<br><br>                      Defendant(s). | 23-CV-8271 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

        Discovery in this case closed on April 16, 2024. Accordingly, the parties are hereby ORDERED to file a joint letter, no later than **April 26, 2024**, indicating whether either party intends to file a motion for summary judgment. If neither party intends to file a summary judgment motion, the joint letter should also indicate what days in June 2024 the parties are available for trial.

        SO ORDERED.

Dated: April 23, 2024
       New York, New York

                                                               ARUN SUBRAMANIAN
                                                              United States District Judge