UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>    -against-<br><br>TN AUBURN, LLC,<br><br>                       Defendant. | 23-CV-8271 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The deadline to file a motion for summary judgment in this case was May 7, 2024. Dkt. 14. Neither party filed a motion (despite Plaintiff's April 26, 2024 letter indicating that it intended to) or requested an extension of time to do so.

       Accordingly, no later than **May 13, 2024**, the parties should file a joint letter indicating dates in June and July 2024 that they would be available for trial.

       SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                            United States District Judge